**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **14 Parkland Pl. MO, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **33-4489607**

**4. Debtor's address**

**Principal place of business**

**2900 Westchester Avenue**
**Suite 302**
**Purchase, NY 10577**
Number, Street, City, State & ZIP Code

**Westchester**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**14 Parkland Pl. Saint Louis, MO 63112**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — **meox@mioym.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **14 Parkland Pl. MO, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-1-2026
MM / DD / YYYY

X
Signature of authorized representative of debtor

**Marc Cox**
Printed name

Title **Manager**

**18. Signature of attorney**

X Rodney D. Shepherd
Signature of attorney for debtor

Date 9/1/2026
MM / DD / YYYY

**Rodney D. Shepherd**
Printed name

**Law Offices of Rodney Shepherd**
Firm name

**2403 Sidney Street**
**Suite 208**
**Pittsburgh, PA 15203**
Number, Street, City, State & ZIP Code

Contact phone **412 471-9670** Email address **rodsheph@cs.com**

**PA I.D. 56914 PA**
Bar number and State

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **1221 Boyle St PA, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Pennsylvania** | When | **11/18/24** | Case number, if known | **24-22826** |
| Debtor | **1221 Boyle St. PA, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western Disrict of Pennsylvania** | When | **7/02/26** | Case number, if known | **26-21846** |
| Debtor | **1333 Beacher Lane VA, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Virginia** | When | **3/26/24** | Case number, if known | **24-70619** |
| Debtor | **1333 Beacher Lane VA, LLC** | | | Relationship to you | **Affiliate** |
| District | **Eastern District of Virginia** | When | **5/20/24** | Case number, if known | **24-71088** |
| Debtor | **1411 W. North Ave PA, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Pennyslvania** | When | **7/17/25** | Case number, if known | **25-21864** |
| Debtor | **2460 Guilford Ave IN, LC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Indiana (Indianapolis)** | When | **3/20/24** | Case number, if known | **24-01326** |
| Debtor | **249 Broadway NJ, LLC** | | | Relationship to you | **Affiliate** |
| District | **Central District of Illinois** | When | **3/20/24** | Case number, if known | **24-70182** |
| Debtor | **375 1/2 Main St. PA, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Pennsylvania** | When | **10/07/24** | Case number, if known | **24-22470** |
| Debtor | **407 Highland Dr LLC** | | | Relationship to you | **Affiliate** |
| District | **District of South Carolina** | When | **3/18/24** | Case number, if known | **24-00982** |
| Debtor | **5107 Midwood Avenue, LLC** | | | Relationship to you | **Affiliate** |
| District | **District of Maryland (Baltimore)** | When | **3/20/24** | Case number, if known | **24-12330** |
| Debtor | **5404 Black St. PA, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western Disrict of Pennsylvania** | When | **3/01/26** | Case number, if known | **26-20571** |
| Debtor | **797 Iglehart Ave, MN, LLC** | | | Relationship to you | **Affiliate** |
| District | **District of Minnesota (St. Paul)** | When | **2/12/24** | Case number, if known | **24-30371** |